UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v.  )<br>  )<br>JOSHUA CORY FRANCES  ) | Mag. No.  2:20-mj-00106-JCN |

## MOTION TO SEAL

The United States moves that the Criminal Complaint, Affidavit in Support of a Criminal Complaint and Seizure Warrants, the Synopsis, the two Seizure Warrant Applications, the two Seizure Warrants, this Motion to Seal (the "Documents") in this case, as well as all associated docket entries, be sealed.  The public disclosure of the fact that the Documents have been filed could result in the destruction of forfeitable property and evidence.

The Government requests that the Documents and associated docket entries be unsealed upon the Government's written notification that the forfeitable Property has been seized and that the Documents and associated docket entries can be unsealed.

Date: June 11, 2020

                                          HALSEY B. FRANK
                                        United States Attorney

                                          /s/ Donald E. Clark
                                          Donald E. Clark
                                          Assistant U.S. Attorney