UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Mag. No. 2:20-mj-00106-JCN |
| v. ) | |
| ) | |
| JOSHUA CORY FRANCES ) | |

## MOTION TO UNSEAL

The United States moves that the Criminal Complaint, the Affidavit in Support of a Criminal Complaint and Seizure Warrants, the Synopsis, the two Seizure Warrant Applications, the two Seizure Warrants, and the Motion to Seal (the "Documents") in this case, as well as all associated docket entries, be unsealed because the forfeitable Property has been seized and, therefore, the Documents and associated docket entries can be unsealed.

Date: June 16, 2020

                                            HALSEY B. FRANK
                                            United States Attorney

                                            /s/ Donald E. Clark
                                            Donald E. Clark
                                            Assistant U.S. Attorney